# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>  Elisabeth Houston<br><br>              Debtor(s) | Case No. 14-02100 |

**CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/23/2014.

2) The plan was confirmed on 03/27/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/22/2018.

6) Number of months from filing to last payment: 53.

7) Number of months case was pending: 59.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,500.00.

10) Amount of unsecured claims discharged without payment: $156,040.04.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,632.72 |
| Less amount refunded to debtor | $221.68 |
| **NET RECEIPTS:** | **$13,411.04** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $577.59 |
| Other | $19.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,596.59** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADLER SCHOOL OF PROFESSION PSY | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Advocare Medical Group | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| Advocate Illinois Masonic Medical C | Unsecured | 1,307.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 10,299.00 | NA | NA | 0.00 | 0.00 |
| Affiliated Radiologists | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,947.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 2,903.17 | 2,903.17 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 893.00 | 576.57 | 576.57 | 57.66 | 0.00 |
| Aurora Chicago Lakeshore | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| B&A PROPERTY GROUP LLC | Unsecured | 5,387.00 | 5,959.04 | 5,959.04 | 595.90 | 0.00 |
| BOSE CORPORATION | Secured | 200.00 | NA | 374.94 | 374.94 | 19.92 |
| BOSE CORPORATION | Unsecured | 174.94 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 335.00 | 642.00 | 642.00 | 64.20 | 0.00 |
| CERASTES LLC | Unsecured | NA | 842.00 | 842.00 | 84.20 | 0.00 |
| CERASTES LLC | Unsecured | NA | 579.00 | 579.00 | 57.90 | 0.00 |
| CERASTES LLC | Unsecured | NA | 642.00 | 642.00 | 64.20 | 0.00 |
| CERASTES LLC | Unsecured | NA | 842.00 | 842.00 | 84.20 | 0.00 |
| CERASTES LLC | Unsecured | NA | 642.00 | 642.00 | 64.20 | 0.00 |
| CMRE Financial Services Inc. | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| Computer Credit, Inc. | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| CREDIGY RECEIVABLES INC | Unsecured | NA | 19,890.12 | 19,890.12 | 1,989.01 | 0.00 |
| David Palmer MD | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 15,638.00 | 27,082.91 | 27,082.91 | 0.00 | 0.00 |
| ECMC | Unsecured | 17,407.00 | 35,854.57 | 35,854.57 | 0.00 | 0.00 |
| GRANT & WEBER | Unsecured | 4,079.00 | 4,079.63 | 4,079.63 | 407.96 | 0.00 |
| GRANT & WEBER | Unsecured | 2,536.00 | NA | NA | 0.00 | 0.00 |
| GRANT & WEBER | Unsecured | 667.00 | 667.13 | 667.13 | 66.71 | 0.00 |
| GRANT & WEBER | Unsecured | 501.00 | 501.30 | 501.30 | 50.13 | 0.00 |
| GRANT & WEBER | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| GRANT & WEBER INC | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HARRIS & HARRIS | Unsecured | 1,307.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 1,132.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Heartland International Health Cent | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Howard Jewelry and Loan | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 3,200.00 | 365.24 | 365.24 | 36.52 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 835.00 | 835.28 | 835.28 | 83.53 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 1,156.00 | NA | NA | 0.00 | 0.00 |
| Integrity Solution Services, Inc. | Unsecured | 761.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,357.73 | 1,357.73 | 135.77 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,637.00 | 2,310.16 | 2,310.16 | 2,310.16 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 776.74 | 776.74 | 77.67 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 368.50 | 368.50 | 36.85 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 676.00 | 676.80 | 676.80 | 67.68 | 0.00 |
| LVNV FUNDING | Unsecured | 370.00 | 341.23 | 341.23 | 34.12 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 2,775.44 | 2,775.44 | 277.54 | 0.00 |
| M3 Financial Services | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,148.00 | 1,147.98 | 1,147.98 | 114.80 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,322.09 | 1,322.09 | 132.21 | 0.00 |
| Miramed Revenue Group | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| New Yorker | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Olympic Moving and Storage Inc. | Unsecured | 872.50 | NA | NA | 0.00 | 0.00 |
| Olympic Moving and Storage Inc. | Secured | 500.00 | 1,372.50 | 1,372.50 | 1,372.50 | 58.98 |
| Plain Green Loans | Unsecured | 876.86 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 341.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 395.00 | 394.94 | 394.94 | 39.49 | 0.00 |
| Regional Transportation Authority | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Rush Surgical Center | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 1,753.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 22.94 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 10,258.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 7,440.00 | NA | NA | 0.00 | 0.00 |
| SSC | Unsecured | 411.00 | 411.88 | 411.88 | 41.19 | 0.00 |
| Stone Soup Cooperative | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Serivces | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMB SERV | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| The New York Times | Unsecured | 72.40 | NA | NA | 0.00 | 0.00 |
| UIC Department of Psychiatry | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | NA | 143.06 | 143.06 | 14.31 | 0.00 |
| UNIVERSITY OF IL CHICAGO PHYSC | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| University of Illinois Hospital | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,747.44 | $1,747.44 | $78.90 |
| **TOTAL SECURED:** | **$1,747.44** | **$1,747.44** | **$78.90** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,310.16 | $2,310.16 | $0.00 |
| **TOTAL PRIORITY:** | **$2,310.16** | **$2,310.16** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$112,620.35** | **$4,677.95** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,596.59 |
| Disbursements to Creditors | $8,814.45 |
| **TOTAL DISBURSEMENTS:** | **$13,411.04** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/27/2018          By: /s/ Tom Vaughn
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**